

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-18-00057-CV

**IN RE** Wendel Denman **THUSS**

Original Mandamus Proceeding[1]

## O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

On March 1, 2018, relator filed a Motion for Rehearing. After considering the motion, relator's motion is hereby DENIED.

**PER CURIAM**

ATTESTED TO: _____
            Keith E. Hottle
            Clerk of Court

---

[1] This proceeding arises out of Cause No. 16-0492-CV, styled *Guadalupe Valley Electric Cooperative, Inc. v. Wendel Denman Thuss and Natalie Taylor*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William Old presiding.